UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON J. BASISTA,

    Plaintiff,

v.   Case No. 6:13-cv-26-Orl-18KRS

BLAIN A. MORGAN, STATE FARM, USAA
CASUALTY INSURANCE COMPANY,

    Defendants.
_____

ORDER

Plaintiff filed this lawsuit in the Circuit Court in and for Brevard County, Florida, seeking damages resulting from a motor vehicle accident. (Doc. 4). Count III of Plaintiff's First Amended Complaint was a claim against Defendant USAA Casualty Insurance Company based upon a theory of under-insured or uninsured motorist coverage. (Id.) On December 7, 2012, Plaintiff served his Notice of Dropping Party Defendant, USAA with prejudice. (Doc. 6). Plaintiff's notice constituted a dismissal of USAA from this lawsuit. Fla.R.Civ.P. 1.250(b); and National Bank of Commerce v. Jupiter Mortg. Corp., 890 So.2d 553, 555-56 (Fla. 2d DCA 2005). On January 4, 2013, Defendant State Farm Mutual Automobile Insurance Co., removed this case to this Court. (Doc. 1). State Farm's notice of removal recognized that USAA is no longer a party to this action. (Id.) The Clerk of Court is incorrectly carrying the Notice of Dropping Party Defendant, USAA as a pending motion on the Court's docket. Now, upon due consideration, the Clerk of Court is directed to REMOVE from the docket,

the characterization of Plaintiff's Notice of Dropping Party Defendant, USAA as a pending motion.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on February 19, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel